JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
PEDRO LUNA-ARREOLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 13-0165 LJO |
| Plaintiff, | |
| vs. | REQUEST TO ADVANCE SENTENCING HEARING |
| PEDRO LUNA-ARREOLA | Date: May 20, 2013 |
| Defendant. | Time: 8:30 am |
| | Courtroom 4 |

Defendant PEDRO LUNA-ARREOLA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, Mia A. Giacomazzi, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That a sentencing hearing be placed on calendar for May 20, 2013, at 8:30 am, before Judge O'Neill, in lieu of the status conference currently scheduled for June 17, 2013.

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

DATED: May 17, 2013

| /s/ James R. Homola | /S/ Mia A. Giacomazzi |
|---|---|
| JAMES R. HOMOLA | MIA A. GIACOMAZZI |
| Attorney for Defendant | Assistant U.S. Attorney |
| PEDRO LUNA-ARREOLA | |

**ORDER**

IT IS SO ORDERED.

**Dated:   May 16, 2013             /s/  Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111